IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00828-RBJ-KLM

DOUGLAS A. GLASER,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
MITCH MORRISSEY, Denver District Attorney, individually and in his official capacity acting under color of law,
JOE MORALES, Denver Deputy District Attorney, individually and in his official capacity acting under color of law,
KENNETH LAFF, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
DAVID KARPEL, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
PHILLIP GEIGLE, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
RHEA BABCOCK, Colorado Division of Securities Investigator, individually and in her official capacity acting under color of law,
JOE JOYCE, Social Security Administration Agent, individually and in his official capacity acting under color of law,
MATT MCQUEEN, Secret Service Agent, individually and in his official capacity acting under color of law,
RICK FLORES, Secret Service Agent, individually and in his official capacity acting under color of law,
ALFREDO YBARRA, Denver Police Officer, individually and in his official capacity acting under color of law,
ROBERT ROCK, Denver Police Officer, individually and in his official capacity acting under color of law,
MARK DALVIT, Denver Police Officer, individually and in his official capacity acting under color of law,
ROBERT FREUND, Denver Police Officer, individually and in his official capacity acting under color of law,
KELLY OHU, Denver Police Officer, individually and in her official capacity acting under color of law,
SHARON HUGHES, Denver Police Officer, individually and in her official capacity acting under color of law,
BRIAN CRAME, Denver Police Officer, individually and in his official capacity acting under color of law,
MIKE SCHWARTZ, Denver Police Officer, individually and in his official capacity acting

-1-

under color of law,
MARK BEVERIDGE, Denver Police Officer, individually and in his official capacity acting under color of law,
JOSHUA VALERIO, Denver Police Officer, individually and in his official capacity acting under color of law,
TROY EDWARDS, Denver Police Officer, individually and in his official capacity acting under color of law,
CARRIE MAESTAS, Denver Police Officer, individually and in her official capacity acting under color of law,
RUBEN ROJAS, Denver Police Officer, individually and in his official capacity acting under color of law,
DAVID IVERSON, Denver Police Officer, individually and in his official capacity acting under color of law,
ERIK REIDMULLER, Denver Police Officer, individually and in his official capacity acting under color of law,
MATTHEW GRIMSLEY, Denver Police Officer, individually and in his official capacity acting under color of law,
MARK SCHONK, Denver Police Officer, individually and in his official capacity acting under color of law,
MATTHEW CHURCH, Denver Police Officer, individually and in his official capacity acting under color of law,
DAVID SMITH, Denver Police Officer, individually and in his official capacity acting under color of law,
KEVIN FRAZER, Denver Police Officer, individually and in his official capacity acting under color of law,
BRIAN GORDON, Denver Police Officer, individually and in his official capacity acting under color of law,
RAY WILLIS MANNON, d/b/a JOSTEE BAIL BONDS, LLC, AGENT of ACCREDITED INSURANCE, individually and in his official capacity acting under color of law,
DOUGLAS PRITCHARD, Department of Homeland Security Agent, individually and in his official capacity acting under color of law,
ANNE MANSFIELD, Denver District Court Judge, individually and in her official capacity acting under color of law,
ANDY SHOPNECK, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,

   Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Motion for Court to Assist With**

**Service of Motion** [Docket No. 28; Filed July 20, 2012] (the "Motion to Assist") and on Defendant Joe Joyce's ("Joyce") **Motion to Extend the Time to Respond to the Complaint and to Set a Consolidated Response Date** [Docket No. 30; Filed August 3, 2012] (the "Motion to Extend").

With respect to the Motion to Assist [#28], Plaintiff asks the Court to permit purely electronic service via CM/ECF on Defendants for Plaintiff's Response [#27] to the pending Motion to Dismiss [#19], due to the size of his Response and attached exhibits, *i.e.*, 277 pages. As a one-time courtesy to Plaintiff,

IT IS HEREBY **ORDERED** that the Motion to Assist [#28] is **GRANTED**. Plaintiff need not mail hard copies of his Response [#27] and attached exhibits to Defendants, who were electronically served on July 27, 2012.

IT IS FURTHER **ORDERED** that the Motion to Extend [#30] is **GRANTED**. Defendant Joyce shall answer or otherwise respond to the Complaint in both his official and individual capacities **on or before August 31, 2012**.

Dated: August 13, 2012