IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00828-RBJ-KLM

DOUGLAS A. GLASER,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
MITCH MORRISSEY, Denver District Attorney, individually and in his official capacity acting under color of law,
JOE MORALES, Denver Deputy District Attorney, individually and in his official capacity acting under color of law,
KENNETH LAFF, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
DAVID KARPEL, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
PHILLIP GEIGLE, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
RHEA BABCOCK, Colorado Division of Securities Investigator, individually and in her official capacity acting under color of law,
JOE JOYCE, Social Security Administration Agent, individually and in his official capacity acting under color of law,
MATT MCQUEEN, Secret Service Agent, individually and in his official capacity acting under color of law,
RICK FLORES, Secret Service Agent, individually and in his official capacity acting under color of law,
ALFREDO YBARRA, Denver Police Officer, individually and in his official capacity acting under color of law,
ROBERT ROCK, Denver Police Officer, individually and in his official capacity acting under color of law,
MARK DALVIT, Denver Police Officer, individually and in his official capacity acting under color of law,
ROBERT FREUND, Denver Police Officer, individually and in his official capacity acting under color of law,
KELLY OHU, Denver Police Officer, individually and in her official capacity acting under color of law,
SHARON HUGHES, Denver Police Officer, individually and in her official capacity acting under color of law,
BRIAN CRAME, Denver Police Officer, individually and in his official capacity acting under color of law,
MIKE SCHWARTZ, Denver Police Officer, individually and in his official capacity acting

MARK BEVERIDGE, Denver Police Officer, individually and in his official capacity acting under color of law,
JOSHUA VALERIO, Denver Police Officer, individually and in his official capacity acting under color of law,
TROY EDWARDS, Denver Police Officer, individually and in his official capacity acting under color of law,
CARRIE MAESTAS, Denver Police Officer, individually and in her official capacity acting under color of law,
RUBEN ROJAS, Denver Police Officer, individually and in his official capacity acting under color of law,
DAVID IVERSON, Denver Police Officer, individually and in his official capacity acting under color of law,
ERIK REIDMULLER, Denver Police Officer, individually and in his official capacity acting under color of law,
MATTHEW GRIMSLEY, Denver Police Officer, individually and in his official capacity acting under color of law,
MARK SCHONK, Denver Police Officer, individually and in his official capacity acting under color of law,
MATTHEW CHURCH, Denver Police Officer, individually and in his official capacity acting under color of law,
DAVID SMITH, Denver Police Officer, individually and in his official capacity acting under color of law,
KEVIN FRAZER, Denver Police Officer, individually and in his official capacity acting under color of law,
BRIAN GORDON, Denver Police Officer, individually and in his official capacity acting under color of law,
RAY WILLIS MANNON, d/b/a JOSTEE BAIL BONDS, LLC, AGENT of ACCREDITED INSURANCE, individually and in his official capacity acting under color of law,
DOUGLAS PRITCHARD, Department of Homeland Security Agent, individually and in his official capacity acting under color of law,
ANNE MANSFIELD, Denver District Court Judge, individually and in her official capacity acting under color of law,
ANDY SHOPNECK, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on non-party Clerk of the Denver District Court's (the "Clerk") **Motion to Quash Subpoena Duces Tecum Issued to Clerk of the Denver**

**District Court** [Docket No. 33; Filed August 8, 2012] (the "Motion").  On August 1, 2012, Plaintiff, who proceeds in this matter *pro se*, served a subpoena on the Clerk to obtain production of "All Grand Jury transcripts and colloquy pertaining to traffic investigation case #05CR3986 (March 2005—August 2005)."  *See Ex. A to Motion* [#33-1].  The Clerk filed the present Motion seeking to quash the subpoena on August 8, 2012 because the subpoena seeks to compel "disclosure of privileged or other protected matter."  *Motion* [#33] at 2 (citing Fed. R. Civ. P. 45(c)(3)(A)).

      Plaintiff's request seeking documents from the Clerk, or from any party or non-party, is premature.  A Scheduling Conference setting the parameters of discovery has not yet been held in this matter.  *See* Fed. R. Civ. P. 16(b)(3).  Accordingly,

      IT IS HEREBY **ORDERED** that Motion [#33] is **GRANTED**.  The subpoena served on the Clerk on August 1, 2012 is **QUASHED**.

      Dated:  August 15, 2012