IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00828-RBJ-KLM

DOUGLAS A. GLASER,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
MITCH MORRISSEY, Denver District Attorney, individually and in his official capacity acting under color of law,
JOE MORALES, Denver Deputy District Attorney, individually and in his official capacity acting under color of law,
KENNETH LAFF, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
DAVID KARPEL, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
PHILLIP GEIGLE, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,
RHEA BABCOCK, Colorado Division of Securities Investigator, individually and in her official capacity acting under color of law,
JOE JOYCE, Social Security Administration Agent, individually and in his official capacity acting under color of law,
MATT MCQUEEN, Secret Service Agent, individually and in his official capacity acting under color of law,
RICK FLORES, Secret Service Agent, individually and in his official capacity acting under color of law,
ALFREDO YBARRA, Denver Police Officer, individually and in his official capacity acting under color of law,
ROBERT ROCK, Denver Police Officer, individually and in his official capacity acting under color of law,
MARK DALVIT, Denver Police Officer, individually and in his official capacity acting under color of law,
ROBERT FREUND, Denver Police Officer, individually and in his official capacity acting under color of law,
KELLY OHU, Denver Police Officer, individually and in her official capacity acting under color of law,
SHARON HUGHES, Denver Police Officer, individually and in her official capacity acting under color of law,
BRIAN CRAME, Denver Police Officer, individually and in his official capacity acting under color of law,
MIKE SCHWARTZ, Denver Police Officer, individually and in his official capacity acting under color of law,
MARK BEVERIDGE, Denver Police Officer, individually and in his official capacity acting under color of law,
JOSHUA VALERIO, Denver Police Officer, individually and in his official capacity acting under color of law,

TROY EDWARDS, Denver Police Officer, individually and in his official capacity acting under color of law,
CARRIE MAESTAS, Denver Police Officer, individually and in her official capacity acting under color of law,
RUBEN ROJAS, Denver Police Officer, individually and in his official capacity acting under color of law,
DAVID IVERSON, Denver Police Officer, individually and in his official capacity acting under color of law,
ERIK REIDMULLER, Denver Police Officer, individually and in his official capacity acting under color of law,
MATTHEW GRIMSLEY, Denver Police Officer, individually and in his official capacity acting under color of law,
MARK SCHONK, Denver Police Officer, individually and in his official capacity acting under color of law,
MATTHEW CHURCH, Denver Police Officer, individually and in his official capacity acting under color of law,
DAVID SMITH, Denver Police Officer, individually and in his official capacity acting under color of law,
KEVIN FRAZER, Denver Police Officer, individually and in his official capacity acting under color of law,
BRIAN GORDON, Denver Police Officer, individually and in his official capacity acting under color of law,
RAY WILLIS MANNON, d/b/a JOSTEE BAIL BONDS, LLC, AGENT of ACCREDITED INSURANCE, individually and in his official capacity acting under color of law,
DOUGLAS PRITCHARD, Department of Homeland Security Agent, individually and in his official capacity acting under color of law,
ANNE MANSFIELD, Denver District Court Judge, individually and in her official capacity acting under color of law,
ANDY SHOPNECK, Denver Assistant District Attorney, individually and in his official capacity acting under color of law,

   Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Request for Court Ordered Legal Access** [Docket No. 60; Filed October 15, 2012], **Motion to Appoint Counsel** [#66; Filed December 26, 2012] and **Motion for Assistance with Service** [#67; Filed December 26, 2012] (collectively, "the Motions"). Defendants have not filed a response to any of the Motions.

   The Court recently issued a Recommendation [#74] that this action be dismissed. Accordingly,

   IT IS HEREBY **ORDERED** that in light of the Court's Recommendation [#74] that this action be dismissed, Plaintiff's Motions [## 60, 66 and 67] are **DENIED AS MOOT**.

   Dated:  March 1, 2013